FILED

11/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0513

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0513

IN THE MATTER OF:

B.B.,

      A Youth.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 22, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 16 2023